**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-2479**

─────────────

MAURICE WYMAN SCOTT,

Plaintiff - Appellant,

versus

CORRECTIONS CORPORATION OF AMERICA,

Defendant - Appellee,

and

RODNEY MORRIS; LEVERNE ALFORD; RUFUS JOHNSON,

Defendants.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph R. McCrorey, Magistrate Judge. (CA-97-2342-3-19BC)

─────────────

Submitted: March 31, 2000          Decided: April 21, 2000

─────────────

Before MURNAGHAN, WILKINS, and LUTTIG, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Maurice Wyman Scott, Appellant Pro Se. James Daniel Cooper, Jr., COOPER, COFFAS & MEGNA, P.A., Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Maurice Wyman Scott appeals the magistrate judge's order granting summary judgment in favor of the Defendant in his civil action in which he alleged defamation and violation of privacy claims.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the magistrate judge.  See Scott v. Corrections Corp. of America, No. CA-97-2342-3-19BC (D.S.C. Sept. 30, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to jurisdiction of the magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1993 & Supp. 1999).